```
 1  REGINALD D. STEER (SBN 056324)
    STEVEN S. KAUFHOLD (SBN 157195)
 2  AMIT KURLEKAR (SBN 244230)
    TERESA WANG (SBN 252961)
 3  AKIN GUMP STRAUSS HAUER & FELD LLP
    580 California, 15th Floor
 4  San Francisco, California 94104-1036
    E-mail: rsteer@akingump.com
 5  E-mail: skaufhold@akingump.com
    E-mail: akurlekar@akingump.com
 6  E-mail: twang@akingump.com
    Telephone:    415-765-9500
 7  Facsimile:    415-765-9501

 8  Attorneys for Defendants
    AIG FINANCIAL PRODUCTS CORP. and
 9  AIG SUNAMERICA LIFE ASSURANCE COMPANY
```

FILED 08 AUG 25 PM 3:55 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

JL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; BANC OF AMERICA SECURITIES, LLC; BEAR, STEARNS & CO.; UBS AG; JP MORGAN CHASE & CO.; LEHMAN BROTHERS INC.; MERRILL LYNCH & CO., INC.; MORGAN STANLEY; PIPER JAFFRAY & CO.; WACHOVIA BANK, N.A.; CITIGROUP, INC.; AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE COMPANY; FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE COMPANY; AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; RABOBANK GROUP, SALOMON SMITH BARNEY, INC.; NATIONAL WESTMINISTER BANK, PLC; GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL, INC.; SECURITY CAPITAL ASSURANCE, INC.; NATIXIS, S.A.; SOCIÉTÉ GÉNÉRALE S.A.; XL ASSET FUNDING, LLC; XL LIFE INSURANCE & ANNUITY COMPANY; CDR FINANCIAL PRODUCTS; FELD WINTERS | Case No. CV 08 4060<br><br>**CERTIFICATION AS TO INTERESTED PARTIES** |

---

1

CERTIFICATION AS TO INTERESTED PARTIES

| | |
|---|---|
| 1 | FINANCIAL LLC; WINTERS & CO. ADVISORS, LLC; CAIN BROTHERS & CO, LLC; NATIXIS FUNDING CORP.; GEORGE K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; SOUND CAPITAL MANAGEMENT, INC.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; FIRST SOUTHWEST COMPANY; PACKERKISS SECURITIES; MORGAN KEEGAN & CO. LTD.; and DOES 1-50, |
| 7 | Defendants. |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

1. American International Group, Inc., which owns 10% or more of the stock of Defendant AIG Financial Products Corp. and AIG Retirement Services, Inc., which owns SunAmerica Life Insurance Company, which owns Defendant AIG SunAmerica Life Assurance Company.

2. AIG Retirement Services, Inc., which owns SunAmerica Life Insurance Company, which owns Defendant AIG SunAmerica Life Assurance Company.

3. SunAmerica Life Insurance Company, which owns Defendant AIG SunAmerica Life Assurance Company.

Dated: August 25, 2008

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By _____Reginald D. Steer_____ AK
Reginald D. Steer
Attorneys for Defendants
AIG FINANCIAL PRODUCTS CORP. and
AIG SUNAMERICA LIFE ASSURANCE COMPANY