| | | |
|---|---|---|
| 1 | REGINALD D. STEER (SBN 056324) | FILED |
| 2 | STEVEN S. KAUFHOLD (SBN 157195)<br>AMIT KURLEKAR (SBN 244230) | 08 AUG 26 PM 3:48 |
| 3 | TERESA WANG (SBN 252961)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP** | [illegible stamp]<br>CLERK, U.S. DISTRICT COURT |
| 4 | 580 California, 15th Floor<br>San Francisco, California 94104-1036 | NORTHERN DISTRICT OF CALIFORNIA |
| 5 | E-mail: rsteer@akingump.com<br>E-mail: skaufhold@akingump.com | |
| 6 | E-mail: akurlekar@akingump.com<br>E-mail: twang@akingump.com | |
|   | Telephone:    415-765-9500 | |
| 7 | Facsimile:    415-765-9501 | |
| 8 | Attorneys for Defendants | |
|   | AIG FINANCIAL PRODUCTS CORP. and | |
| 9 | AIG SUNAMERICA LIFE ASSURANCE COMPANY | |
| 10 | UNITED STATES DISTRICT COURT | |
| 11 | NORTHERN DISTRICT OF CALIFORNIA | |
| 12 | CITY OF STOCKTON, | Case No. ~~CGC-08-477851~~<br>CV-08-4060 JL |
| 13 | Plaintiff, | **PROOF OF SERVICE** |
| 14 | v. | |
| 15 | BANK OF AMERICA, N.A.; BANC OF | |
|   | AMERICA SECURITIES, LLC; BEAR, | |
| 16 | STEARNS & CO.; UBS AG; JP MORGAN | |
|   | CHASE & CO.;  LEHMAN BROTHERS | |
| 17 | INC.; MERRILL LYNCH & CO., INC.; | |
|   | MORGAN STANLEY; PIPER JAFFRAY & | |
| 18 | CO.; WACHOVIA BANK, N.A.; | |
|   | CITIGROUP, INC.; AIG FINANCIAL | |
| 19 | PRODUCTS CORP.; AIG SUNAMERICA | |
|   | LIFE ASSURANCE CO., INC.; | |
| 20 | FINANCIAL SECURITY ASSURANCE | |
|   | HOLDINGS, LTD.; FINANCIAL | |
| 21 | SECURITY ASSURANCE, INC.; | |
|   | FINANCIAL GUARANTY INSURANCE | |
| 22 | COMPANY; AMBAC FINANCIAL | |
|   | GROUP, INC.; MBIA, INC.; RABOBANK | |
| 23 | GROUP, SALOMON SMITH BARNEY, | |
|   | INC.; NATIONAL WESTMINISTER | |
| 24 | BANK, PLC; GE FUNDING CAPITAL | |
|   | MARKET SERVICES, INC.; TRINITY | |
| 25 | FUNDING CO., LLC; GENWORTH | |
|   | FINANCIAL, INC.; SECURITY CAPITAL | |
| 26 | ASSURANCE, INC.; NATIXIS, S.A.; | |
|   | SOCIÉTÉ GÉNÉRALE S.A.; XL ASSET | |
| 27 | FUNDING, LLC; XL LIFE INSURANCE & | |
|   | ANNUITY COMPANY; CDR FINANCIAL | |
| 28 | PRODUCTS; FELD WINTERS | |

1

PROOF OF SERVICE

1  FINANCIAL LLC; WINTERS & CO.
   ADVISORS, LLC; CAIN BROTHERS &
2  CO, LLC; NATIXIS FUNDING CORP.;
   GEORGE K. BAUM & CO.; KINSELL
3  NEWCOMB & DE DIOS INC.; SOUND
   CAPITAL MANAGEMENT, INC.;
4  INVESTMENT MANAGEMENT
   ADVISORY GROUP, INC.; FIRST
5  SOUTHWEST COMPANY; PACKERKISS
   SECURITIES; MORGAN KEEGAN & CO.
6  LTD.; and DOES 1-50,

7              Defendants.

2

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, 15th Floor, San Francisco, CA 94104. On **August 25, 2008**, I served the foregoing document(s) described as follows:

1. **Civil Cover Sheet;**

2. **Certification as to Interested Parties; and**

3. **Notice of Pendency of Other Actions**

on the interested party(ies) below, using the following means:

| | |
|---|---|
| Richard E. Nosky, Jr.<br>City Attorney, City of Stockton<br>425 North El Dorado Street<br>Stockton, CA 95202-1950<br>Ph: 209.937.8009<br>Fx: 209.937.8898 | Joseph W. Cotchett, Esq.<br>Steven N. Williams, Esq.<br>Nanci E. Nishimura, Esq.<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Ph: 650.697.6000<br>Fx: 650.697.0577 |
| William H. Parish, Esq.<br>Parish & Small<br>1919 Grand Canal Blvd., Suite A-5<br>Stockton, CA 95207-8114<br>Ph: 209.952.1992<br>Fx: 209.952.0250 | |

☒ **(BY UNITED STATES MAIL)** I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 25, 2008** at San Francisco, California.

Nancie R. Ward

3

PROOF OF SERVICE