| | |
|---|---|
| 1  REGINALD D. STEER (SBN 056324)<br>   STEVEN S. KAUFHOLD (SBN 157195)<br>2  AMIT KURLEKAR (SBN 244230)<br>   TERESA WANG (SBN 252961)<br>3  AKIN GUMP STRAUSS HAUER & FELD LLP<br>   580 California Street, 15th Floor<br>4  San Francisco, California 94104-1036<br>   E-mail: rsteer@akingump.com<br>5  E-mail: skaufhold@akingump.com<br>   E-mail: akurlekar@akingump.com<br>6  E-mail: twang@akingump.com<br>   Telephone:    415-765-9500<br>7  Facsimile:    415-765-9501 | FILED<br>08 AUG 26  PM 3: 43 |

Attorneys for Defendants
AIG FINANCIAL PRODUCTS CORP. and
AIG SUNAMERICA LIFE ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; BANC OF AMERICA SECURITIES, LLC; BEAR, STEARNS & CO.; UBS AG; JP MORGAN CHASE & CO.; LEHMAN BROTHERS INC.; MERRILL LYNCH & CO., INC.; MORGAN STANLEY; PIPER JAFFRAY & CO.; WACHOVIA BANK, N.A.; CITIGROUP, INC.; AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO., INC.; FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE COMPANY; AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; RABOBANK GROUP, SALOMON SMITH BARNEY, INC.; NATIONAL WESTMINISTER BANK, PLC; GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL, INC.; SECURITY CAPITAL ASSURANCE, INC.; NATIXIS, S.A.; SOCIÉTÉ GÉNÉRALE S.A.; XL ASSET FUNDING, LLC; XL LIFE INSURANCE & ANNUITY COMPANY; CDR FINANCIAL | Case No. CV-08-4060 JL<br><br>**NOTICE OF ERRATA AND FILING OF EXHIBIT B TO NOTICE OF REMOVAL OF ACTION UNDER 12 U.S.C. § 632 BY DEFENDANTS AIG FINANCIAL PRODUCTS CORP. AND AIG SUNAMERICA LIFE ASSURANCE COMPANY** |

NOTICE OF ERRATA AND FILING OF EXHIBIT B TO NOTICE OF REMOVAL OF ACTION UNDER 12 U.S.C. § 632 BY DEFENDANTS AIG FINANCIAL PRODUCTS CORP. AND AIG SUNAMERICA LIFE ASSURANCE COMPANY

| | |
|---|---|
| PRODUCTS; FELD WINTERS FINANCIAL LLC; WINTERS & CO. ADVISORS, LLC; CAIN BROTHERS & CO, LLC; NATIXIS FUNDING CORP.; GEORGE K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; SOUND CAPITAL MANAGEMENT, INC.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; FIRST SOUTHWEST COMPANY; PACKERKISS SECURITIES; MORGAN KEEGAN & CO. LTD.; and DOES 1-50, | |
| Defendants. | |

PLEASE TAKE NOTICE that Exhibit B to the Notice of Removal of Action Under 12 U.S.C. § 632 by Defendants AIG Financial Products Corp. and AIG SunAmerica Life Assurance Company (collectively, the "AIG Defendants")—the Summons for the AIG Defendants in the removed action—is being submitted herewith by the AIG Defendants. The prior submission inadvertently omitted a copy of Exhibit B. We apologize for this omission in our initial submission.

Dated: August 26, 2008         **AKIN GUMP STRAUSS HAUER & FELD LLP**

By _____/s/ Reginald D. Steer_____
Reginald D. Steer
Attorneys for Defendants
AIG FINANCIAL PRODUCTS CORP. and
AIG SUNAMERICA LIFE ASSURANCE
COMPANY

SUM-100

**SUMMONS**
*(CITACION JUDICIAL)*

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*
Bank of America, N.A., et al. [SEE ATTACHMENT]

LH: 6800
2515.0005

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**RECEIVED**
JUL 3 0 2008
**AIG SunAmerica**
Legal Department

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
City of Stockton

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

  *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
  *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California
400 McAllister St.
San Francisco, CA 94102
Civic Center Courthouse

CASE NUMBER:
*(Número del Caso):* CGC-08-477851

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Nanci E. Nishimura (152621)      (650) 697-6000
Cotchett, Pitre & McCarthy
840 Malcolm Road
Burlingame, CA 94010

DATE: Jul 23 2008    Gordon Park-Li    Clerk, by _____, Deputy
*(Fecha)*                            *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* AIG SunAmerica Life Assurance Co., Inc
   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

NOTICE TO DEFENDANTS (CONTINUED):

BANC OF AMERICA SECURITIES, LLC;
BEAR, STEARNS & CO.;
UBS AG;
JP MORGAN CHASE & CO.;
LEHMAN BROTHERS INC.;
MERRILL LYNCH & CO., INC.;
MORGAN STANLEY;
PIPER JAFFRAY & CO.;
WACHOVIA BANK, N.A.;
CITIGROUP, INC.;
AIG FINANCIAL PRODUCTS CORP.;
AIG SUNAMERICA LIFE ASSURANCE CO., INC.;
FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.;
FINANCIAL SECURITY ASSURANCE, INC.;
FINANCIAL GUARANTY INSURANCE COMPANY;
AMBAC FINANCIAL GROUP, INC.;
MBIA, INC.;
RABOBANK GROUP;
SALOMON SMITH BARNEY, INC.;
NATIONAL WESTMINISTER BANK, PLC;
GE FUNDING CAPITAL MARKET SERVICES, INC.;
TRINITY FUNDING CO., LLC;
GENWORTH FINANCIAL, INC.;
SECURITY CAPITAL ASSURANCE INC.;
NATIXIS, S.A.;
SOCIÉTÉ GÉNÉRALE S.A.;
XL ASSET FUNDING, LLC;
XL LIFE INSURANCE & ANNUITY COMPANY;
CDR FINANCIAL PRODUCTS;
FELD WINTERS FINANCIAL LLC;
WINTERS & CO. ADVISORS, LLC;
CAIN BROTHERS & CO, LLC;
NATIXIS FUNDING CORP.;
GEORGE K. BAUM & CO.;
KINSELL NEWCOMB & DE DIOS INC.;
SOUND CAPITAL MANAGEMENT, INC.;
INVESTMENT MANAGEMENT ADVISORY GROUP, INC.;
FIRST SOUTHWEST COMPANY;
PACKERKISS SECURITIES;
MORGAN KEEGAN & CO. LTD.; and
DOES 1 - 50.

# NOTICE TO PLAINTIFF

A Case Management Conference is set for

     **DATE:**    DEC-26-2008

     **TIME:**    9:00AM

     **PLACE:**  Department 212
                      400 McAllister Street
                      San Francisco, CA 94102-3680

All parties must appear and comply with Local Rule 3.

> CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.
>
> However, it would facilitate the issuance of a case management order **without an appearance** at the case management conference if the case management statement is filed, served and lodged in Department 212 twenty-five (25) days before the case management

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state.

## ALTERNATIVE DISPUTE RESOLUTION POLICY REQUIREMENTS

> **IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE PARTICIPATE IN EITHER MEDIATION, JUDICIAL OR NON-JUDICIAL ARBITRATION, THE EARLY SETTLEMENT PROGRAM OR SOME SUITABLE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A MANDATORY SETTLEMENT CONFERENCE OR TRIAL.**
> (SEE LOCAL RULE 4)

Plaintiff must serve a copy of the Alternative Dispute Resolution Information Package on each defendant along with the complaint. All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the Alternative Dispute Resolution Information Package prior to filing the Case Management Statement.

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

Superior Court Alternative Dispute Resolution Coordinator
400 McAllister Street, Room 103
San Francisco, CA 94102
(415) 551-3876

See Local Rules 3.6, 6.0 C and 10 D re stipulation to commissioners acting as temporary judges

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Nanci E. Nishimura (152621)<br>Cotchett, Pitre & McCarthy<br>840 Malcolm Road<br>Burligame, CA 94010<br>TELEPHONE NO.: (650) 697-6000    FAX NO.: (650) 697-0577<br>ATTORNEY FOR (Name): City of Stockton | | SAN FRANCISCO<br>S.F. COUNTY<br>COURT<br>2008 JUL 23  AM 12: 58<br><br>BY:<br>ELIAS BUTT |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Civic Center Courthouse | | |
| CASE NAME: City of Stockton v. Bank of America, N.A., et al. | | |

| CIVIL CASE COVER SHEET<br>[X] Unlimited  [ ] Limited<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | Complex Case Designation<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>CGC-08-477851<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [X] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [X] is  [ ] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [X] Large number of separately represented parties    d. [X] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel  e. [ ] Coordination with related actions pending in one or more courts
        issues that will be time-consuming to resolve             in other counties, states, or countries, or in a federal court
   c. [X] Substantial amount of documentary evidence       f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [X] monetary  b. [X] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action (specify): 2
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: July 23, 2008
Nanci E. Nishimura (152621)
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)—Personal Injury/Property Damage/Wrongful Death
  Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
  Product Liability *(not asbestos or toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice— Physicians & Surgeons
    Other Professional Health Care Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business Practice (07)
  Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate Governance (21)
  Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late Claim
    Other Civil Petition

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, 15th Floor, San Francisco, CA 94104. On **August 26, 2008**, I served the foregoing document(s) described as follows:

**NOTICE OF ERRATA AND FILING OF EXHIBIT B TO NOTICE OF REMOVAL OF ACTION UNDER 12 U.S.C. § 632 BY DEFENDANTS AIG FINANCIAL PRODUCTS CORP. AND AIG SUNAMERICA LIFE ASSURANCE COMPANY**

on the interested party(ies) below, using the following means:

| | |
|---|---|
| Richard E. Nosky, Jr.<br>City Attorney, City of Stockton<br>425 North El Dorado Street<br>Stockton, CA 95202-1950<br>Ph: 209.937.8009<br>Fx: 209.937.8898 | Joseph W. Cotchett, Esq.<br>Steven N. Williams, Esq.<br>Nanci E. Nishimura, Esq.<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Ph: 650.697.6000<br>Fx: 650.697.0577 |
| William H. Parish, Esq.<br>Parish & Small<br>1919 Grand Canal Blvd., Suite A-5<br>Stockton, CA 95207-8114<br>Ph: 209.952.1992<br>Fx: 209.952.0250 | |

☒ **(BY UNITED STATES MAIL)**   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 26, 2008** at San Francisco, California.

*David Lamb*
David Lamb

PROOF OF SERVICE