FILED

CO AUG 26 PM 3:42

[stamp: RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

1  REGINALD D. STEER (SBN 056324)
   STEVEN S. KAUFHOLD (SBN 157195)
2  AMIT KURLEKAR (SBN 244230)
   TERESA WANG (SBN 252961)
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, 15th Floor
4  San Francisco, California 94104-1036
   E-mail: rsteer@akingump.com
5  E-mail: skaufhold@akingump.com
   E-mail: akurlekar@akingump.com
6  E-mail: twang@akingump.com
   Telephone:   415-765-9500
7  Facsimile:   415-765-9501

8  Attorneys for Defendants
   AIG FINANCIAL PRODUCTS CORP. and
9  AIG SUNAMERICA LIFE ASSURANCE COMPANY

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  | CITY OF STOCKTON, | Case No. CV-08-4060 JL |
    | --- | --- |
13  | Plaintiff, | |
14  | v. | **NOTICE OF ERRATA AND FILING OF CORRECTED CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
15  | BANK OF AMERICA, N.A.; BANC OF AMERICA SECURITIES, LLC; BEAR, STEARNS & CO.; UBS AG; JP MORGAN CHASE & CO.; LEHMAN BROTHERS INC.; MERRILL LYNCH & CO., INC.; MORGAN STANLEY; PIPER JAFFRAY & CO.; WACHOVIA BANK, N.A.; CITIGROUP, INC.; AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO., INC.; FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE COMPANY; AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; RABOBANK GROUP, SALOMON SMITH BARNEY, INC.; NATIONAL WESTMINISTER BANK, PLC; GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL, INC.; SECURITY CAPITAL ASSURANCE, INC.; NATIXIS, S.A.; SOCIÉTÉ GÉNÉRALE S.A.; XL ASSET FUNDING, LLC; XL LIFE INSURANCE & ANNUITY COMPANY; CDR FINANCIAL PRODUCTS; FELD WINTERS | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | FINANCIAL LLC; WINTERS & CO. ADVISORS, LLC; CAIN BROTHERS & CO, LLC; NATIXIS FUNDING CORP.; GEORGE K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; SOUND CAPITAL MANAGEMENT, INC.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; FIRST SOUTHWEST COMPANY; PACKERKISS SECURITIES; MORGAN KEEGAN & CO. LTD.; and DOES 1-50,<br><br>                    Defendants. |

PLEASE TAKE NOTICE that a Corrected Certificate of Service of Notice to Adverse Party of Removal to Federal Court by Defendants AIG Financial Products Corp. and AIG SunAmerica Life Assurance Company (collectively, the "AIG Defendants") is being submitted herewith by the AIG Defendants. The prior submission listed the wrong addresses for purposes of serving Plaintiffs (although it was, in fact, served upon the correct addresses). The Corrected Certificate of Service, attached hereto as Exhibit A, lists the correct addresses. We apologize for these inaccuracies in our initial submission.

Dated: August 26, 2008          **AKIN GUMP STRAUSS HAUER & FELD LLP**

By _____
            Reginald D. Steer
Attorneys for Defendants
AIG FINANCIAL PRODUCTS CORP. and
AIG SUNAMERICA LIFE ASSURANCE
COMPANY

| | |
|---|---|
| 1 | REGINALD D. STEER (SBN 056324) |
|   | STEVEN S. KAUFHOLD (SBN 157195) |
| 2 | AMIT KURLEKAR (SBN 244230) |
|   | TERESA WANG (SBN 252961) |
| 3 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|   | 580 California, 15th Floor |
| 4 | San Francisco, California 94104-1036 |
|   | E-mail: rsteer@akingump.com |
| 5 | E-mail: skaufhold@akingump.com |
|   | E-mail: akurlekar@akingump.com |
| 6 | E-mail: twang@akingump.com |
|   | Telephone: 415-765-9500 |
| 7 | Facsimile: 415-765-9501 |
| 8 | Attorneys for Defendants |
|   | AIG FINANCIAL PRODUCTS CORP. and |
| 9 | AIG SUNAMERICA LIFE ASSURANCE COMPANY |

10             UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | CITY OF STOCKTON, | Case No.: CV-08-4060 JL |
| 13 | Plaintiff, | |
| 14 | v. | **CORRECTED CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| 15 | BANK OF AMERICA, N.A.; BANC OF AMERICA SECURITIES, LLC; BEAR, | |
| 16 | STEARNS & CO.; UBS AG; JP MORGAN CHASE & CO.; LEHMAN BROTHERS | |
| 17 | INC.; MERRILL LYNCH & CO., INC.; MORGAN STANLEY; PIPER JAFFRAY & | |
| 18 | CO.; WACHOVIA BANK, N.A.; CITIGROUP, INC.; AIG FINANCIAL | |
| 19 | PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE COMPANY; | |
| 20 | FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.; FINANCIAL | |
| 21 | SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE | |
| 22 | COMPANY; AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; RABOBANK GROUP; | |
| 23 | SALOMON SMITH BARNEY, INC.; NATIONAL WESTMINISTER BANK, PLC; | |
| 24 | GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING | |
| 25 | CO., LLC; GENWORTH FINANCIAL, INC.; SECURITY CAPITAL ASSURANCE | |
| 26 | INC.; NATIXIS, S.A.; SOCIÉTÉ GÉNÉRALE S.A.; XL ASSET FUNDING, | |
| 27 | LLC; XL LIFE INSURANCE & ANNUITY COMPANY; CDR FINANCIAL | |
| 28 | PRODUCTS; FELD WINTERS | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | FINANCIAL LLC; WINTERS & CO. ADVISORS, LLC; CAIN BROTHERS & CO, LLC; NATIXIS FUNDING CORP.; GEORGE K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; SOUND CAPITAL MANAGEMENT, INC.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; FIRST SOUTHWEST COMPANY; PACKERKISS SECURITIES; MORGAN KEEGAN & CO. LTD.; and DOES 1-50,<br><br>                Defendants. |

I, David Lamb, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 580 California Street, 15th Floor, San Francisco, California which is located in the city, county and state where the mailing described below took place.

On August 25, 2008, I deposited in the United States Mail, in the City and County of San Francisco, California, a copy of the Notice to Adverse Party of Removal to Federal Court dated August 25, 2008, a copy of which is attached to this Certificate as Exhibit A. This Notice was mailed to Plaintiff at the following addresses:

>   Richard E. Nosky, Jr.
>   City Attorney, the City of Stockton
>   425 North El Dorado St.
>   Stockton, CA  95202-1950
>   Telephone: (209) 937-8009
>   Facsimile: (209) 937-8898
>
>   Jospeh W. Cotchett
>   Steven N. Williams
>   Nanci E. Nishimura
>   Cotchett, Pitre & McCarthy
>   San Francisco Airport Office Center
>   840 Malcolm Road, Suite 200
>   Burlingame, CA  94010
>   Telephone: (650) 697-6000
>   Facsimile: (650) 697-0577

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1

2  William H. Parish
   Parish & Small
3  1919 Grand Canal Blvd, Suite A-5
4  Stockton, CA 95207-8114
   Telephone: (209) 952-1992
5  Facsimile: (209) 952-0250

6  I declare under penalty of perjury that the foregoing is true and correct.

7  Executed on August 26, 2008.

8

9                                         _____
                                           David Lamb
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, 15th Floor, San Francisco, CA 94104. On **August 26, 2008**, I served the foregoing document(s) described as follows:

**NOTICE OF ERRATA AND FILING OF CORRECTED CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

on the interested party(ies) below, using the following means:

| | |
|---|---|
| Richard E. Nosky, Jr.<br>City Attorney, City of Stockton<br>425 North El Dorado Street<br>Stockton, CA 95202-1950<br>Ph: 209.937.8009<br>Fx: 209.937.8898 | Joseph W. Cotchett, Esq.<br>Steven N. Williams, Esq.<br>Nanci E. Nishimura, Esq.<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Ph: 650.697.6000<br>Fx: 650.697.0577 |
| William H. Parish, Esq.<br>Parish & Small<br>1919 Grand Canal Blvd., Suite A-5<br>Stockton, CA 95207-8114<br>Ph: 209.952.1992<br>Fx: 209.952.0250 | |

☒ **(BY UNITED STATES MAIL)** I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 26, 2008** at San Francisco, California.

_/s/ David Lamb_
David Lamb