UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

City of Stockton, et al.,

    Plaintiffs,                                Case No. C 08-4060 JL

    v.                                       RECUSAL ORDER

Bank of America, et al.,

    Defendants.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: September 2, 2008

_____
JAMES LARSON
United States Magistrate Judge