STEPHEN V. BOMSE (# 40686)
Stephen.Bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6142
Facsimile: +1 (415) 772-1723

Of Counsel:
STEVEN R. KUNEY
skuney@wc.com
JON R. FETTEROLF
jfetterolf@wc.com
JESSE T. SMALLWOOD
jsmallwood@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant UBS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A;<br>BANK OF AMERICA SECURITIES, LLC;<br>BEAR, STEARNS & CO.; UBS AG;<br>JP MORGAN CHASE & CO;<br>LEHMAN BROTHERS INC.;<br>MERRILL LYNCH & CO., INC.;<br>MORGAN STANLEY;<br>PIPER JAFFRAY & CO.;<br>WACHOVIA BANK, N.A.;<br>CITIGROUP, INC.; AIG FINANCIAL<br>PRODUCTS CORP.; AIG SUNAMERICA | Case No.: CV-08-4060 JL<br><br>STIPULATION EXTENDING ALL DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT |

| | |
|---|---|
| 1 | LIFE ASSURANCE CO., INC.;   ) |
| 2 | FINANCIAL SECURITY ASSURANCE   ) |
|   | HOLDINGS, LTD., FINANCIAL   ) |
| 3 | SECURITY ASSURANCE, INC.;   ) |
|   | FINANCIAL GUARANTY INSURANCE   ) |
| 4 | COMPANY; AMBAC FINANCIAL GROUP,) |
|   | INC.; MBIA, INC.; RABOBANK GROUP;   ) |
| 5 | SALOMON SMITH BARNEY INC.;   ) |
| 6 | NATIONAL WESTMINISTER BANK, PLC;) |
|   | GE FUNDING CAPITAL MARKET   ) |
| 7 | SERVICES, INC.; TRINITY FUNDING CO.,) |
|   | LLC; GENWORTH FINANCIAL, INC.[1];   ) |
| 8 | SECURITY CAPITAL ASSURANCE INC.;   ) |
| 9 | NATIXIS, S.A.; SOCIÉTÉ GÉNÉRALE   ) |
|   | S.A.; XL ASSET FUNDING, LLC;   ) |
| 10 | XL LIFE INSURANCE & ANNUITY   ) |
| 11 | COMPANY; CDR FINANCIAL   ) |
|   | PRODUCTS; FELD WINTERS   ) |
| 12 | FINANCIAL LLC; WINTERS & CO.   ) |
| 13 | ADVISORS, LLC; CAIN BROTHERS &   ) |
|   | CO, LLC; NATIXIS FUNDING CORP.;   ) |
| 14 | GEORGE K. BAUM & CO.;   ) |
| 15 | KINSELL NEWCOMB & DE DIOS INC.;   ) |
|   | SOUND CAPITAL MANAGEMENT, INC.;   ) |
| 16 | INVESTMENT MANAGEMENT   ) |
|   | ADVISORY GROUP, INC.;   ) |
| 17 | FIRST SOUTHWEST COMPANY;   ) |
| 18 | PACKERKISS SECURITIES;   ) |
|   | MORGAN KEEGAN & CO., LTD.;   ) |
| 19 |    ) |
| 20 | and   ) |
|   |    ) |
| 21 | DOES 1 – 50.   ) |
| 22 |             Defendants.   ) |
| 23 | _____) |

---

[1] By agreement of the parties, Genworth Financial, Inc. has been dismissed without prejudice and Genworth Financial Investment Management, LLC has been served as DOE 1.

Heller Ehrman LLP

STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT; CASE NO. CV-08-4060 JL

# STIPULATION

Pursuant to Local Rule 6-1(a), Plaintiff CITY OF STOCKTON ("Plaintiff") and Defendant UBS AG, on behalf of itself and all defendants to this action (collectively "Defendants"), hereby stipulate that:

Defendants' time to respond to the Complaint is extended up to and including October 24, 2008.

This stipulation is made without prejudice to any defense of Defendant UBS AG or any other defendant.

Dated: September 2, 2008

By: /s/ Nanci E. Nishimura

Joseph W. Cotchett (#36324)
Niall P. McCarthy (#160175)
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Richard E. Nosky, Jr. (#130726)
CITY ATTORNEY, CITY OF STOCKTON
425 N. El Dorado Street
Stockton, CA 95202-195-
Telephone: (209) (937)-8009
Facsimile: (209) 937-8898

William H. Parish (#95913)
PARISH & SMALL
1919 Grand Canal Blvd., Suite A-5
Stockton, CA 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250

Attorneys for Plaintiff
CITY OF STOCKTON

By: /s/ Stephen V. Bomse

Stephen V. Bomse (# 40686)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6142
Facsimile: (415) 772-1723

Attorneys for Defendant UBS AG and on Behalf of All Defendants