1  STEPHEN V. BOMSE (# 40686)
   Stephen.Bomse@hellerehrman.com
2  HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone: +1 (415) 772-6142
5  Facsimile: +1 (415) 772-1723

6  Of Counsel:
   STEVEN R. KUNEY
7  skuney@wc.com
8  JON R. FETTEROLF
   jfetterolf@wc.com
9  JESSE T. SMALLWOOD
   jsmallwood@wc.com
10 WILLIAMS & CONNOLLY LLP
11 725 Twelfth Street, N.W.
   Washington, D.C. 20005
12 Telephone: (202) 434-5000
13 Facsimile: (202) 434-5029

14 Attorneys for Defendants
   UBS AG
15

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF STOCKTON,** | Case No.: CV-08-4060 JL |
| Plaintiff, | **DEFENDANT UBS AG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| BANK OF AMERICA, N.A; BANK OF AMERICA SECURITIES, LLC; BEAR, STEARNS & CO.; UBS AG; JP MORGAN CHASE & CO; LEHMAN BROTHERS INC.; MERRILL LYNCH & CO., INC.; MORGAN STANLEY; PIPER JAFFRAY & CO.; WACHOVIA BANK, N.A.; CITIGROUP, INC.; AIG FINANCIAL | |

| | |
|---|---|
| 1 | PRODUCTS CORP.; AIG SUNAMERICA ) |
| 2 | LIFE ASSURANCE CO., INC.; ) |
|   | FINANCIAL SECURITY ASSURANCE ) |
| 3 | HOLDINGS, LTD., FINANCIAL ) |
|   | SECURITY ASSURANCE, INC.; ) |
| 4 | FINANCIAL GUARANTY INSURANCE ) |
|   | COMPANY; AMBAC FINANCIAL GROUP,) |
| 5 | INC.; MBIA, INC.; RABOBANK GROUP; ) |
| 6 | SALOMON SMITH BARNEY INC.; ) |
|   | NATIONAL WESTMINISTER BANK, PLC;) |
| 7 | GE FUNDING CAPITAL MARKET ) |
| 8 | SERVICES, INC.; TRINITY FUNDING CO.,) |
|   | LLC; GENWORTH FINANCIAL, INC.[1]; ) |
| 9 | SECURITY CAPITAL ASSURANCE INC.; ) |
| 10 | NATIXIS, S.A.; SOCIÉTÉ GÉNÉRALE ) |
|   | S.A.; XL ASSET FUNDING, LLC; ) |
| 11 | XL LIFE INSURANCE & ANNUITY ) |
|   | COMPANY; CDR FINANCIAL ) |
| 12 | PRODUCTS; FELD WINTERS ) |
| 13 | FINANCIAL LLC; WINTERS & CO. ) |
|   | ADVISORS, LLC; CAIN BROTHERS & ) |
| 14 | CO, LLC; NATIXIS FUNDING CORP.; ) |
|   | GEORGE K. BAUM & CO.; ) |
| 15 | KINSELL NEWCOMB & DE DIOS INC.; ) |
| 16 | SOUND CAPITAL MANAGEMENT, INC.; ) |
|   | INVESTMENT MANAGEMENT ) |
| 17 | ADVISORY GROUP, INC.; ) |
| 18 | FIRST SOUTHWEST COMPANY; ) |
|   | PACKERKISS SECURITIES; ) |
| 19 | MORGAN KEEGAN & CO., LTD.; ) |
| 20 | ) |
|   | and ) |
| 21 | ) |
|   | DOES 1 – 50. ) |
| 22 | ) |
| 23 | Defendants. ) |
|   | _____) |
| 24 | |

---

[1] By agreement of the parties, Genworth Financial, Inc. has been dismissed without prejudice and Genworth Financial Investment Management, LLC has been served as DOE 1.

Heller Ehrman LLP

DEFENDANT UBS AG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CASE NO. CV-08-4060 JL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 2, 2008

By: _____

Stephen V. Bomse (# 40686)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6142
Facsimile: (415) 772-1723

Attorneys for Defendant
UBS AG