STEPHEN V. BOMSE (# 40686)
Stephen.Bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6142
Facsimile: (415) 772-1723

JON R. FETTEROLF
jfetterolf@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant
UBS AG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, | Case No.: 2:08-cv-05574 GW |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| BANK OF AMERICA, N.A: BANK OF AMERICA SECURITIES, LLC; BEAR, STEARNS & CO.; UBS AG; JP MORGAN CHASE & CO; LEHMAN BROTHERS INC.; MERRILL LYNCH & CO., INC.; MORGAN STANLEY; PIPER JAFFRAY & CO.; WACHOVIA BANK, N.A.; CITIGROUP, INC.; AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO., INC.; FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD., FINANCIAL SECURITY ASSURANCE, INC.; | |

Heller Ehrman LLP

PROOF OF SERVICE; CASE NO. 2:08-CV-05574 GW

| | |
|---|---|
| 1 | FINANCIAL GUARANTY INSURANCE          ) |
| 2 | COMPANY; AMBAC FINANCIAL GROUP,) INC.; MBIA, INC.; RABOBANK GROUP;   ) |
| 3 | SALOMON SMITH BARNEY INC.;          ) NATIONAL WESTMINISTER BANK, PLC;) |
| 4 | GE FUNDING CAPITAL MARKET          ) |
| 5 | SERVICES, INC.; TRINITY FUNDING CO.,) LLC; GENWORTH FINANCIAL, INC.;     ) |
| 6 | SECURITY CAPITAL ASSURANCE INC.;  ) |
| 7 | NATIXIS, S.A.,; SOCIÉTÉ GÉNÉRALE    ) S.A.; XL ASSET FUNDING, LLC;           ) |
| 8 | XL LIFE INSURANCE & ANNUITY        ) |
| 9 | COMPANY; CDR FINANCIAL              ) PRODUCTS; FELD WINTERS              ) |
| 10 | FINANCIAL LLC; WINTERS & CO.       ) ADVISORS, LLC; CAIN BROTHERS &   ) |
| 11 | CO, LLC; NATIXIS FUNDING CORP.;    ) |
| 12 | GEORGE K. BAUM & CO.;                    ) KINSELL NEWCOMB & DE DIOS INC.;  ) |
| 13 | SOUND CAPITAL MANAGEMENT, INC.; ) INVESTMENT MANAGEMENT            ) |
| 14 | ADVISORY GROUP, INC.;                   ) |
| 15 | FIRST SOUTHWEST COMPANY;           ) PACKERKISS SECURITIES;                  ) |
| 16 | MORGAN KEEGAN & CO., LTD.;          ) |
| 17 | and                                                        ) |
| 18 | DOES 1 – 50.                                           ) |
| 19 | ) |
| 20 |                                  Defendants.    ) |

Heller
Ehrman LLP

PROOF OF SERVICE; CASE NO. 2:08-CV-05574 GW

# PROOF OF SERVICE

I, Theresa L. Scuffil, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, CA 94104.

On September 2, 2008 I served the following document(s):

**DEFENDANT UBS AG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; AND**

**STIPULATION AND [PROPOSED] ORDER EXTENDING ALL DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT**

[x] **BY MAIL**: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Palo Alto, California.

[ ] **BY OVERNIGHT DELIVERY**: I caused such envelopes to be delivered to the parties listed below on the next business day by **Federal Express** overnight delivery service.

[ ] **FACSIMILE TRANSMISSION**: I am readily familiar with the business practices of this office. At the time of transmission, I was at least eighteen years of age and not a party to this action. By use of facsimile machine, I served a copy of the above-listed document(s) on the above-listed interested parties in the within action by transmitting by facsimile machine. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

[ ] **BY MESSENGER**: I caused the document(s) to be delivered to the party(ies) identified below.

| | |
|---|---|
| Rockard J. Delgadillo<br>rocky.delgadillo@lacity.org<br>David J. Michaelson<br>david.michaelson@lacity.com<br>City Attorney of Los Angeles<br>800 City Hall East<br>200 North Main Street<br>Los Angeles, CA 90012<br>Facsimile: (213) 978-8312 | Louise H. Renne<br>Lrenne@rshslaw.com<br>Steven P. Shaw<br>sshaw@rshslaw.com<br>Renne Sloan Holtzman<br>Sakai LLP<br>350 Sansome Street<br>Suite 300<br>San Francisco, CA 94140<br>Facsimile: (415) 678-3838 |

Heller Ehrman LLP

1

PROOF OF SERVICE; CASE NO. 2:08-CV-05574 GW

Joseph W. Cotchett
jcotchett@cpmlegal.com
Steven N. Williams
swilliams@cpmlegal.com
Nanci E. Nishimura
nnishimura@cpmlegal.com
Aron K. Liang
aliang@cmplegal.com
Cotchett, Pitre & McCarthy
San Francisco Airport Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Facsimile:  (650) 697-0577

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, CA, this 2 day of September, 2008.

_____
Theresa L. Scuffil