STEPHEN V. BOMSE (# 40686)
Stephen.Bomse@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6142
Facsimile: +1 (415) 772-1723

Of Counsel:
STEVEN R. KUNEY
skuney@wc.com
JON R. FETTEROLF
jfetterolf@wc.com
JESSE T. SMALLWOOD
jsmallwood@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant UBS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF STOCKTON,** <br><br> Plaintiff, <br><br> vs. <br><br> **BANK OF AMERICA, N.A; BANK OF AMERICA SECURITIES, LLC; BEAR, STEARNS & CO.; UBS AG; JP MORGAN CHASE & CO; LEHMAN BROTHERS INC.; MERRILL LYNCH & CO., INC.; MORGAN STANLEY; PIPER JAFFRAY & CO.; WACHOVIA BANK, N.A.; CITIGROUP, INC.; AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA** | Case No.: CV-08-4060 JL <br><br> **CORRECTED PROOF OF SERVICE** |

Heller
Ehrman LLP

CORRECTED PROOF OF SERVICE; CASE NO. CV-08-4060 JL

| | |
|---|---|
| 1  LIFE ASSURANCE CO., INC.; | ) |
|    FINANCIAL SECURITY ASSURANCE | ) |
| 2  HOLDINGS, LTD., FINANCIAL | ) |
|    SECURITY ASSURANCE, INC.; | ) |
| 3  FINANCIAL GUARANTY INSURANCE | ) |
| 4  COMPANY; AMBAC FINANCIAL GROUP, | ) |
|    INC.; MBIA, INC.; RABOBANK GROUP; | ) |
| 5  SALOMON SMITH BARNEY INC.; | ) |
| 6  NATIONAL WESTMINISTER BANK, PLC; | ) |
|    GE FUNDING CAPITAL MARKET | ) |
| 7  SERVICES, INC.; TRINITY FUNDING CO., | ) |
| 8  LLC; GENWORTH FINANCIAL, INC.[1]; | ) |
|    SECURITY CAPITAL ASSURANCE INC.; | ) |
| 9  NATIXIS, S.A.; SOCIÉTÉ GÉNÉRALE | ) |
| 10 S.A.; XL ASSET FUNDING, LLC; | ) |
|    XL LIFE INSURANCE & ANNUITY | ) |
| 11 COMPANY; CDR FINANCIAL | ) |
|    PRODUCTS; FELD WINTERS | ) |
| 12 FINANCIAL LLC; WINTERS & CO. | ) |
| 13 ADVISORS, LLC; CAIN BROTHERS & | ) |
|    CO, LLC; NATIXIS FUNDING CORP.; | ) |
| 14 GEORGE K. BAUM & CO.; | ) |
| 15 KINSELL NEWCOMB & DE DIOS INC.; | ) |
|    SOUND CAPITAL MANAGEMENT, INC.; | ) |
| 16 INVESTMENT MANAGEMENT | ) |
|    ADVISORY GROUP, INC.; | ) |
| 17 FIRST SOUTHWEST COMPANY; | ) |
| 18 PACKERKISS SECURITIES; | ) |
|    MORGAN KEEGAN & CO., LTD.; | ) |
| 19 | ) |
| 20 and | ) |
|    | ) |
| 21 DOES 1 – 50. | ) |
|    | ) |
| 22                              Defendants. | ) |
| 23 | ) |

---

[1]  By agreement of the parties, Genworth Financial, Inc. has been dismissed without prejudice and Genworth Financial Investment Management, LLC has been served as DOE 1.

CORRECTED PROOF OF SERVICE; CASE NO. CV-08-4060 JL

# PROOF OF SERVICE

I, Theresa L. Scuffil, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, CA 94104.

On September 2, 2008 I served the following document(s):

**DEFENDANT UBS AG'S CERTIFICATION OF INTERESTED PARTIES;**

**STIPULATION EXTENDING ALL DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT; AND**

**PROOF OF SERVICE**

[X]  **BY MAIL**: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Palo Alto, California.

[ ]  **BY OVERNIGHT DELIVERY**: I caused such envelopes to be delivered to the parties listed below on the next business day by **Federal Express** overnight delivery service.

[ ]  **FACSIMILE TRANSMISSION**: I am readily familiar with the business practices of this office. At the time of transmission, I was at least eighteen years of age and not a party to this action. By use of facsimile machine, I served a copy of the above-listed document(s) on the above-listed interested parties in the within action by transmitting by facsimile machine. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

[ ]  **BY MESSENGER**: I caused the document(s) to be delivered to the party(ies) identified below.

Richard E. Nosky, Jr.
ren.nosky@ci.stockton.ca.us
City Attorney, City of Stockton
425 North El Dorado Street
Stockton, CA 95202-1950
Facsimile: (209) 937-8898

William H. Parish
whparish@parishsmail.com
Parish & Small
1919 Grand Canal Boulevard
Suite A-5
Stockton, CA 95207-8114

Joseph W. Cotchett

Heller Ehrman LLP

1

CORRECTED PROOF OF SERVICE, CASE NO. CV-08-4060 JL

jcotchett@cpmlegal.com
Steven N. Williams
swilliams@cpmlegal.com
Nanci E. Nishimura
nnishimura@cpmlegal.com
Cotchett, Pitre & McCarthy
San Francisco Airport Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Facsimile: (650) 697-0577

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, CA, this 2nd day of September, 2008.

*/s/ Theresa L. Scuffil*
Theresa L. Scuffil