1  James A. Murphy – 062223
   jmurphy@mpbf.com
2  John P. Girarde – 191518
   jgirarde@mpbf.com
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA 94108-5530
   Tel:  (415) 788-1900
5  Fax:  (415) 393-8087

6  Robert P. LoBue - New York Bar No. 1530039
   rplobue@pbwt.com
7  Brian N. Lasky – New York Bar No. 3993417
   bnlasky@pbwt.com
8  Ella Campi - New York Bar No. 4566782
   ecampi@pbwt.com
9  PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
10 New York, New York 10036
   Tel:  (212) 336-2000
11 Fax:  (212) 336-2222

12 Attorneys for Defendant
   AMBAC FINANCIAL GROUP, INC.
13

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 | CITY OF STOCKTON,                           | Case No.: 3:08-cv-04060-MMC
18 |     Plaintiff,                              | Hon. Maxine M. Chesney
19 | v.                                          | [PROPOSED] ORDER GRANTING
                                                   APPLICATION OF ROBERT P. LoBUE
20 | BANK OF AMERICA, N.A.; BANK OF              | FOR ADMISSION OF ATTORNEY *PRO*
     AMERICA SECURITIES, LLC; BEAR,                *HAC VICE*
21   STEARNS & CO.; UBS AG; JP MORGAN
     CHASE & CO.; LEHMAN BROTHERS, INC.;
22   MERRILL LYNCH & CO., INC.; MORGAN
     STANLEY; PIPER JAFFRAY & CO.;
23   WACHOVIA BANK, N.A.; CITIGROUP, INC.;
     AIG FINANCIAL PRODUCTS CORP.; AIG
24   SUNAMERICA LIFE ASSURANCE CO., INC. ;
     FINANCIAL SECURITY ASSURANCE
25   HOLDINGS, LTD.; FINANCIAL SECURITY
     ASSURANCE, INC.; FINANCIAL GUARANTY
26   INSURANCE COMPANY; AMBAC FINANCIAL
     GROUP, INC.; MBIA, INC.; RABOBANK
27   GROUP; SALOMON SMITH BARNEY, INC.;
     NATIONAL WESTMINISTER BANK, PLC; GE
28   FUNDING CAPITAL MARKET SERVICES,

- 1 -

| | |
|---|---|
| 1 | INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL, INC.; SECURITY CAPITAL ASSURANCE INC.; NATIXIS, S.A.; SOCIETE GENERALE S.A.; XL ASSET FUNDING, LLC; XL LIFE INSURANCE & ANNUITY COMPANY; CDR FINANCIAL PRODUCTS; FELD WINTERS FINANCIAL LLC; WINTERS & CO. ADVISORS, LLC; CAIN BROTHERS & CO., LLC; NATIXIS FUNDING CORP.; GEORGE K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; SOUND CAPITAL MANAGEMENT, INC.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; FIRST SOUTHWEST COMPANY; PACKERKISS SECURITIES; MORGAN KEEGAN & CO. LTD; and DOES 1-50, |
| 10 | Defendants. |

ROBERT P. LoBUE, an active member in good standing of the bar of the State of New York, whose business address and telephone number is

> PATTERSON BELKNAP WEBB & TYLER LLP
> 1133 Avenue of the Americas
> New York, New York 10036
> Tel:  (212) 336-2000
> Fax:  (212) 336-2222
> E-mail:*rplobue@pbwt.com*

having applied in above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant AMBAC FINANCIAL GROUP, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro ha vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 8, 2008

_____
United States Judge

JPG.10437543.doc

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION OF ROBERT P. LoBUE FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: 3:08-cv-04060-MMC