James A. Murphy – 062223
jmurphy@mpbf.com
John P. Girarde – 191518
jgirarde@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Robert P. LoBue - New York Bar No. 1530039
rplobue@pbwt.com
Brian N. Lasky – New York Bar No. 3993417
bnlasky@pbwt.com
Ella Campi - New York Bar No. 4566782
ecampi@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel:   (212) 336-2000
Fax:   (212) 336-2222

Attorneys for Defendant
**AMBAC FINANCIAL GROUP, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON, | Case No.: 3:08-cv-04060-MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| v. | [~~PROPOSED~~] ORDER GRANTING APPLICATION OF ELLA CAMPI FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| BANK OF AMERICA, N.A.; BANK OF AMERICA SECURITIES, LLC; BEAR, STEARNS & CO.; UBS AG; JP MORGAN CHASE & CO.; LEHMAN BROTHERS, INC.; MERRILL LYNCH & CO., INC.; MORGAN STANLEY; PIPER JAFFRAY & CO.; WACHOVIA BANK, N.A.; CITIGROUP, INC.; AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO., INC.; FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE COMPANY; AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; RABOBANK GROUP; SALOMON SMITH BARNEY, INC.; NATIONAL WESTMINSTER BANK, PLC; GE FUNDING CAPITAL MARKET SERVICES, | |

- 1 -

| | |
|---|---|
| 1 | INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL, INC.; SECURITY CAPITAL ASSURANCE INC.; NATIXIS, S.A.; SOCIETE GENERALE S.A.; XL ASSET FUNDING, LLC; XL LIFE INSURANCE & ANNUITY COMPANY; CDR FINANCIAL PRODUCTS; FELD WINTERS FINANCIAL LLC; WINTERS & CO. ADVISORS, LLC; CAIN BROTHERS & CO., LLC; NATIXIS FUNDING CORP.; GEORGE K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; SOUND CAPITAL MANAGEMENT, INC.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; FIRST SOUTHWEST COMPANY; PACKERKISS SECURITIES; MORGAN KEEGAN & CO. LTD; and DOES 1-50, |
| 10 | Defendants. |

ELLA CAMPI, an active member in good standing of the bar of the State of New York, whose business address and telephone number is

> PATTERSON BELKNAP WEBB & TYLER LLP
> 1133 Avenue of the Americas
> New York, New York 10036
> Tel:   (212) 336-2000
> Fax:   (212) 336-2222
> E-mail:*ecampi@pbwt.com*

having applied in above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant AMBAC FINANCIAL GROUP, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro ha vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 8, 2008

_____
United States Judge

JPG.10437535.doc

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION OF ELLA CAMPI FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: 3:08-cv-04060-MMC