James A. Murphy – 062223
jmurphy@mpbf.com
John P. Girarde – 191518
jgirarde@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Robert P. LoBue - New York Bar No. 1530039
rplobue@pbwt.com
Brian N. Lasky – New York Bar No. 3993417
bnlasky@pbwt.com
Ella Campi - New York Bar No. 4566782
ecampi@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel:   (212) 336-2000
Fax:   (212) 336-2222

Attorneys for Defendant
AMBAC FINANCIAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON, | Case No.: 3:08-cv-04060-MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| v. | [PROPOSED] ORDER GRANTING APPLICATION OF BRIAN N. LASKY FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| BANK OF AMERICA, N.A.; BANK OF AMERICA SECURITIES, LLC; BEAR, STEARNS & CO.; UBS AG; JP MORGAN CHASE & CO.; LEHMAN BROTHERS, INC.; MERRILL LYNCH & CO., INC.; MORGAN STANLEY; PIPER JAFFRAY & CO.; WACHOVIA BANK, N.A.; CITIGROUP, INC.; AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO., INC. ; FINANCIAL SECURITY ASSURANCE HOLDINGS, LTD.; FINANCIAL SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE COMPANY; AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; RABOBANK GROUP; SALOMON SMITH BARNEY, INC.; NATIONAL WESTMINISTER BANK, PLC; GE FUNDING CAPITAL MARKET SERVICES, | |

- 1 -

1  INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL, INC.; SECURITY
2  CAPITAL ASSURANCE INC.; NATIXIS, S.A.; SOCIETE GENERALE S.A.; XL ASSET
3  FUNDING, LLC; XL LIFE INSURANCE & ANNUITY COMPANY; CDR FINANCIAL
4  PRODUCTS; FELD WINTERS FINANCIAL LLC; WINTERS & CO. ADVISORS, LLC; CAIN
5  BROTHERS & CO., LLC; NATIXIS FUNDING CORP.; GEORGE K. BAUM & CO.; KINSELL
6  NEWCOMB & DE DIOS INC.; SOUND CAPITAL MANAGEMENT, INC.;
7  INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; FIRST SOUTHWEST
8  COMPANY; PACKERKISS SECURITIES; MORGAN KEEGAN & CO. LTD; and DOES 1-
9  50,

10       Defendants.

11       BRIAN N. LASKY, an active member in good standing of the bar of the State of New York,
12  whose business address and telephone number is
13       PATTERSON BELKNAP WEBB & TYLER LLP
14       1133 Avenue of the Americas
         New York, New York  10036
15       Tel:   (212) 336-2000
         Fax:   (212) 336-2222
16       E-mail:*bnlasky@pbwt.com*

17       having applied in above-entitled action for admission to practice in the Northern District of
18  California on a *pro hac vice* basis, representing Defendant AMBAC FINANCIAL GROUP, INC.
19       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
20  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro ha vice*.
21  Service of papers upon and communication with co-counsel designated in the application will
22  constitute notice to the party. All future filings in this action are subject to the requirement contained
23  in General Order No. 45, *Electronic Case Filing*.

24
25  Dated: October 8, 2008
                                                          _____
                                                          United States Judge
26
    JPG.10437540.doc
27
28

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION OF BRIAN N. LASKY FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: 3:08-cv-04060-MMC