IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　Defendants | No. C-08-4060 MMC<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR REMAND** |

　　Due to the unavailability of the Court on October 24, 2008, the hearing on plaintiff's Motion for Remand to State Court is hereby CONTINUED from October 24, 2008 to October 31, 2008.[1]

　　**IT IS SO ORDERED.**

Dated: October 17, 2008

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] In its opposition, defendants AIG Financial Products Corp. and AIG Sunamerica Life Assurance Company request that the Court consider deferring ruling on plaintiff's motion, pending the Judicial Panel for Multidistrict Litigation's determination as to whether the instant action should be transferred for pretrial proceedings to the Southern District of New York. Under the circumstances presently pertaining, the Court declines to continue the hearing on such basis.