1  JOSEPH L. SORKIN
   E-mail: jsorkin@akingump.com
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   590 Madison Avenue
3  New York, New York 10022-2524
   Telephone:    212.872.1000
4  Facsimile:    212.872.1002

5  Attorneys for Defendants
   AIG FINANCIAL PRODUCTS CORP. and
6  AIG SUNAMERICA LIFE ASSURANCE COMPANY

RECEIVED
08 OCT 17 AM 11:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STOCKTON, | Case No. CV08-04060 MMC |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (JOSEPH L. SORKIN) |
| BANK OF AMERICA, N.A.; et al., | |
| Defendants. | |

(PROPOSED) ORDER GRANTING PRO HAC VICE APPLICATION (JOSEPH L. SORKIN)        CV-08-5574-GW (JCx)

| | |
|---|---|
| 1 | Joseph L. Sorkin, an active member in good standing of the bar of the State of New York and |
| 2 | the bar of the State of Texas, whose business address and telephone number is Akin Gump Strauss |
| 3 | Hauer & Feld LLP, 590 Madison Avenue, New York, New York, Telephone No.: 212.872.1000, having |
| 4 | applied in the above-entitled action for admission to practice in the Northern District of California on a |
| 5 | *pro hac vice* basis, representing Defendants AIG Financial Products Corp. and AIG SunAmerica Life |
| 6 | Assurance Company. |
| 7 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 8 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. |
| 9 | Service of papers upon and communication with co-counsel designated in the application will |
| 10 | constitute notice to the party. All future filings in this action are subject to the requirements contained |
| 11 | in General Order No. 45, *Electronic Case Filing*. |

Dated: October 21, 2008

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

---

(PROPOSED) ORDER GRANTING PRO HAC VICE APPLICATION (JOSEPH L. SORKIN)     CV-08-5574 GW (JCx)