10-23-2008 01:19PM FROM- T-466 P.004/006 F-044

FAXED

OCT 23 PM 2:09 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DORSEY & WHITNEY LLP
MIKE PIAZZA (State Bar No. 235881)
Email: piazza.mike@dorsey.com
38 Technology Drive, Suite 100
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Fax: (949) 932-3601

J JACKSON (New York Bar No. 049219)
Email: jackson.j@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2760
Fax: (952) 516-5596

Attorneys for Defendant PIPER JAFFRAY & CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CITY OF STOCKTON,

Plaintiff,

v.

BANK OF AMERICA, N.A.; BANK OF AMERICA SECURITIES, LLC; BEAR STEARNS & CO.; UBS AG; JP MORGAN CHASE & CO.; LEHMAN BROTHERS, INC.; MERRILL LYNCH & CO., INC.; MORGAN STANLEY; PIPER JAFFRAY & CO.; WACHOVIA BANK, N.A; CITIGROUP, INC.; AIG FINANCIAL PRODUCTS CORP.; AIG SUNAMERICA LIFE ASSURANCE CO., INC.; FINANCIAL SECURITY

**CASE NO.: 3:08-cv-04060-MMC**

**Hon. Maxine M. Chesney**

**~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF J JACKSON *PRO HAC VICE***

HOLDINGS, LTF.; FINANCIAL SECURITY ASSURANCE, INC.; FINANCIAL GUARANTY INSURANCE COMPANY; AMBAC FINANCIAL GROUP, INC.; MBIA, INC.; RABOBANK GROUP; SALOMON SMITH BARNEY, INC.; NATIONAL WESTMINSTER BANK, PLC; GE FUNDING CAPITAL MARKET SERVICES, INC.; TRINITY FUNDING CO., LLC; GENWORTH FINANCIAL INC.; SECURITY CAPITAL ASSURANCE, INC.; NATIXIS, S.A.; SOCIETE GENERALE, S.A.; XL ASSET FUNDING, LLC; XL LIFE INSURANCE & ANNUITY COMPANY; CDR FINANCIAL PRODUCTS; FELD WINTERS FINANCIAL LLC; WINTERS & CO. ADVISORS, LLC; CAIN BROTHERS & CO., LLC; NATIXIS FUNDING CORP; GEORGE K. BAUM & CO.; KINSELL NEWCOMB & DE DIOS INC.; SOUND CAPITAL MANAGEMENT, INC.; INVESTMENT MANAGEMENT ADVISORY GROUP, INC.; FIRST SOUTHWEST COMPANY; PACKERKISS SECURITIES; MORGAN KEEGAN & CO. LTD.; AND DOES 1-50,

Defendants.

J JACKSON, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number is

DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Phone: (612) 340-2760
Facsimile: (952) 516-5596
Email: jackson.j@dorsey.com

having applied in the above-entitled action for admission to practice in the Northern

District of California on a *pro hac vice* basis, representing Defendant PIPER JAFFRAY & CO.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.F. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45., *Electronic Case Filing*.

DATED: October 27, 2008

Maxine M. Chesney
United States Judge

4814-0245-5555\1