UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12:

| | |
|---|---|
| **C 08-4060 MMC** | **City of Stockton v. Bank of America, N.A., et al.** |
| **C 10-2115 MEJ** | **Redevelopment Agency of the City and County of San Francisco v. Bank of America, N.A., et al.** |
| **C 10-2116 MEJ** | **City of Redwood City v. Bank of America, N.A., et al.** |
| **C 10-2117 EDL** | **City of Richmond v. Bank of America, N.A., et al.** |
| **C 10-2119 EMC** | **East Bay Municipal Utility District v. Bank of America, N.A., et al.** |
| **C 10-2199 DMR** | **City of San Jose v. Bank of America, N.A., et al.** |

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).  Counsel are instructed that all future filings in the higher-numbered cases are to bear the initials **MMC** immediately after the case number.  Any case management conference in the reassigned cases will be rescheduled by the Court.  Any date for hearing a noticed motion is vacated, and any motion must be re-noticed by the moving party to be heard before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for any appearance in court, which will be rescheduled by the undersigned.

**DATED:**  June 15, 2010

MAXINE M. CHESNEY
United States District Judge